**ACCURIDE INTERNATIONAL INC., Plaintiff–Appellant,**

v.

**SSW HOLDING COMPANY, INC. and American Appliance Products, Inc., Defendants–Appellees.**

No. 2010–1379.

United States Court of Appeals, Federal Circuit.

April 12, 2011.

Richard H. Zaitlen, Pillsbury Winthrop Shaw Pittman, LLP, of Los Angeles, CA, argued for plaintiff-appellant. With him on the brief were Jenna F. Leavitt, and Carolyn S. Toto.

Nathaniel L. Dilger, One LLP, of Newport Beach, CA, argued for defendants-appellees. With him on the brief were Peter R. Afrasiabi and William J. O'Brien.

LINN, SCHALL, and DYK, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**